UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>Defendants. | Case No. 4:21-cv-01885-KAW<br><br>ORDER TERMINATING MOTION TO DISMISS<br><br>Re: Dkt. No. 12 |

On April 14, 2021, Defendant Amazon.com filed a motion to dismiss Plaintiff State Farm General Insurance Company's initial complaint. (Dkt. No. 12.) On May 3, 2021, Plaintiffs filed an amended complaint. (Dkt. No. 17.)

Under Rule 15(a)(1)(B), a party may amend its pleading once as a matter of course within 21 days of being served with a motion under Rule 12(b). The amended complaint was filed fewer than 21 days after service of the 12(b)(6) motion. Accordingly, the Court TERMINATES the pending motion to dismiss, as the operative complaint is now the amended complaint.

IT IS SO ORDERED.

Dated: May 4, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge