United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., et al.,<br><br>   Defendants. | Case No.  4:21-cv-01885-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 30 |

On April 8, 2022, Plaintiff filed a notice of settlement as to Defendant Amazon.com. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, Plaintiff informed the Court that service of Defendant Aeiusny was still pending in China. (Dkt. No. 30 at 1.)  The deadline to serve Aeiusny was set for December 31, 2021, and Plaintiff has not sought an extension via a motion for administrative relief, so that deadline has passed. (*See* Minute Entry, Dkt. No. 24.)  Accordingly, Plaintiff is ordered to show cause by **April 21, 2022** why the case should not be dismissed against Aeiusny for failure to prosecute.

Finally, the further case management conference scheduled for April 19, 2022 is continued to August 9, 2022.  The joint case management statement is due on or before August 2, 2022.

IT IS SO ORDERED.

Dated: April 14, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge